# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINDA LUX DE LEON,<br>Petitioner,<br>v.<br>TODD BLANCHE, et al.,<br>Respondents. | Case No. 1:26-cv-09281-JLT-EPG-HC<br><br>ORDER DIRECTING RESPONDENTS TO FILE RESPONSE TO PETITIONER'S NOTICE OF TRANSFER |

Petitioner, represented by counsel, is an immigration detainee proceeding with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On November 9, 2026, Petitioner filed a petition for writ of habeas corpus. (ECF No. 1.) On November 13, 2026, the Court ordered that "Respondents **shall not transfer Petitioner out of this District**" pending the Court's decision on the petition. (ECF No. 5.) On November 16, 2026, counsel for Petitioner filed a notice that some time on the night of November 12, 2026, Respondents transferred Petitioner to a detention facility in El Paso, Texas. On November 13, 2026, counsel learned from Petitioner's immigration counsel that Respondents had moved Petitioner again, to the South Louisiana ICE Processing Center. Petitioner requests that the Court order Respondents to: (a) return Petitioner to a detention facility within this District within seven days; and (b) refrain from transferring her to any other facility outside this District. (ECF No. 6.)

\\\

Accordingly, the Court HEREBY ORDERS that:

1. Respondents SHALL FILE a response to the notice by November 18, 2026; and
2. Petitioner MAY FILE a reply by November 19, 2026.

IT IS SO ORDERED.

Dated: **November 17, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE